# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
MYANMAR

ALLIANCES IN MEXICO

RUDOLPH J. DI MASSA, JR.
OF COUNSEL
DIRECT DIAL: +1 215 979 1506
PERSONAL FAX: +1 215 689 2138
*E-MAIL:* DiMassa@duanemorris.com

www.duanemorris.com

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 7/31/2025

The extensions requested herein are GRANTED.

The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 18.

July 30, 2025

<u>VIA ECF</u>

Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***Cavara et al. v. The Bolivarian Republic of Venezuela***
**Civil Case No. 25-cv-00165-RA-VF**

Your Honor:

We represent Plaintiffs in the above-captioned matter. With the consent of defendant The Bolivarian Republic of Venezuela (the "Republic"), we respectfully write pursuant to Rule 1(e) of your Honor's Individual Practices to request a one-month extension of the parties' respective upcoming deadlines: (1) the August 1, 2025 deadline for Plaintiff to file any Amended Complaint; and (2) the August 15, 2025 deadline for Defendant to respond to the Complaint (D.E. 17). This is the parties' second request for an extension of these deadlines, and there are no upcoming deadlines or appearances before the Court.

As a reminder, the Court previously extended the deadline to allow the parties to continue discussions regarding a possible amendment of the Complaint by consent, pursuant to Fed. R. Civ. P. 15(a)(2), with the goal of streamlining issues for the Court's consideration. This request is made due to the summer vacation schedules of certain counsel and clients on Plaintiff's side during the current period, as well as the parties' mutual interest in further discussing the scope of any proposed amendment.

We therefore respectfully request that Plaintiff's deadline to file any Amended Complaint be extended until September 2, 2025, and Defendant's deadline to respond to the Complaint be extended until September 16, 2025.

Honorable Valerie Figueredo
July 30, 2025
Page 2



     We thank the Court for its consideration of this request.

                                       Respectfully submitted,

_/s/ Rudolph J. Di Massa, Jr._

Rudolph J. Di Massa, Jr.
DUANE MORRIS, LLP
22 Vanderbilt
335 Madison Avenue
23rd Floor
New York, New York 10017
Telephone: (215) 979-1506
dimassa@duanemorris.com

_/s/ Marisa F. Antonelli_

Marisa F. Antonelli
Camilo Cardozo
Dora Georgescu
VINSON & ELKINS LLP
The Grace Building
1114 Avenue of the Americas
32nd Floor
New York, New York 10036
Telephone: (212) 237-0000
mantonelli@velaw.com
ccardozo@velaw.com
dgeorgescu@velaw.com

_Counsel for Plaintiff_

_Counsel for Defendant The Bolivarian Republic of Venezuela_