UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARCO CAVARA, JOSEF JOHANN SCHNEIDER,
MARIA SCHNEIDER, JOERG ZAHN,
SABINE ZAHN, individually and on behalf of
all others similarly situated,

                Plaintiffs,                25-CV-00165 (RA) (VF)

      -against-                         **ORDER**

BOLIVARIAN REPUBLIC OF VENEZUELA,

                Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On September 16, 2025, Defendant answered Plaintiffs' Complaint. ECF No. 22. The parties are now directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Friday, October 17, 2025**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **Friday, October 17, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
               September 17, 2025

                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge