**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARCO CAVARA, et al. ,

                        Plaintiffs,                **25-CV-00165 (RA) (VF)**

        -against-                       **<u>ORDER</u>**

BOLIVARIAN REPUBLIC OF VENEZUELA,

                        Defendant.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to provide a joint status update on the case by **<u>March 3, 2026</u>**.

      **SO ORDERED.**

DATED:     New York, New York
             February 24, 2026

                                   _____
                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge