NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

# DuaneMorris®

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
**Dated: May 18, 2026**

The request is GRANTED. The joint status update is due **May 22, 2026**. The Clerk of Court is respectfully directed to close the motion at ECF No. 44.

May 15, 2026

**VIA ECF**

Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:    *Cavara et al. v. The Bolivarian Republic of Venezuela*
> Civil Case No. 25-cv-00165-RA-VF**

Your Honor:

With the consent of the Defendant the Bolivarian Republic of Venezuela, we write pursuant to Your Honor's Individual Practice I.e. to respectfully request a one-week extension of the May 15, 2026 deadline to file a joint status update, as set forth in Your Honor's March 4, 2026 Order (D.E. 30).  Plaintiffs' counsel is traveling home from Europe where he was defending the depositions of Plaintiffs and will not be able to review and authorize the parties' joint status update until his return.  This is Plaintiffs' first request for an extension of this deadline.

Plaintiffs thank the Court for its consideration of this matter.

Respectfully submitted,

DUANE MORRIS LLP

By:  */s/ Anthony J. Costantini*
　　　Anthony J. Costantini
　　　Rudolph J. Di Massa
　　　Arti Fotedar
　　　Stephanie Lamerce

DUANE MORRIS LLP

22 VANDERBILT
335 MADISON AVENUE, 23RD FLOOR
NEW YORK, NY  10017-4669

PHONE: +1 212 692 1000    FAX: +1 212 692 1020

Honorable Valerie Figueredo
May 15, 2026
Page 2

DuaneMorris

22 Vanderbilt
335 Madison Avenue
New York, NY 10017
Phone: (212) 692-1000
Email:    ajcostantini@duanemorris.com
           dimassa@duanemorris.com
           afotedar@duanemorris.com
           slamerce@duanemorris.com

*Attorneys for Plaintiffs*