

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

*FIRM and AFFILIATE OFFICES*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR
ALLIANCES IN MEXICO

ANTHONY J. COSTANTINI
DIRECT DIAL: +1 212 692 1032
PERSONAL FAX: +1 212 202 4715
*E-MAIL:* AJCostantini@duanemorris.com

*www.duanemorris.com*

June 3, 2026

**<u>VIA ECF</u>**

Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> ***Re:*** ***Cavara et al. v. The Bolivarian Republic of Venezuela***
> <u>**Civil Case No. 25-cv-00165-RA-VF**</u>

Your Honor:

Pursuant to Paragraph 6.A of the Case Management Plan (D.E. 27) and Rule I(a) of Your Honor's Individual Practices in Civil Cases, the parties jointly submit this status letter certifying the scheduled completion of all fact discovery.

The parties respectfully submit that fact discovery remains on track to be completed by June 10, 2026. Defendant deposed Plaintiff Marco Cavara on May 27, 2026, and no other depositions are scheduled. The only open discovery item is that parties are scheduled to serve responses to their respective Requests for Admission on or before June 10, 2026. Subject to the parties' mutual reservation of rights to challenge and confer regarding the substance of the respective June 10 responses, the parties certify that fact discovery will otherwise be complete by June 10, 2026. There are no outstanding discovery disputes requiring Court intervention.

The parties thank the Court for its consideration of this matter and remain available to answer any questions the Court may have.

Respectfully submitted,

DUANE MORRIS LLP

22 VANDERBILT                                                    PHONE: +1 212 692 1000    FAX: +1 212 692 1020
335 MADISON AVENUE, 23RD FLOOR
NEW YORK, NY  10017-4669

Honorable Valerie Figueredo
June 3, 2026
Page 2

DuaneMorris

DUANE MORRIS LLP

By: */s/ Anthony J. Costantini*
    Anthony J. Costantini, Esq.
    Rudolph J. Di Massa, Esq.
    Arti Fotedar, Esq.
    Stephanie Lamerce, Esq.

22 Vanderbilt
335 Madison Avenue
New York, New York 10017
Phone: (212) 692-1000
Fax: (212) 202-4715
Email: ajcostantini@duanemorris.com
    dimassa@duanemorris.com
    afotedar@duanemorris.com
    slamerce@duanemorris.com

*Attorneys for Plaintiffs*

VINSON & ELKINS LLP

By: */s/ Dora Paula Georgescu*
    Camilo Cardozo, Esq.
    Marisa Antonelli, Esq.
    Dora Paula Georgescu, Esq.

1114 Avenue of Americas, 32nd Floor
New York, New York 10036
Phone: (212) 237-0186
Fax: (212) 237-0100
Email: ccardozo@velaw.com
    mantonelli@velaw.com
    dgeorgescu@velaw.com

*Attorneys for Defendant Bolivarian
Republic of Venezuela*