

**Vinson&Elkins**

Marisa F. Antonelli  mantonelli@velaw.com
**Tel** +1.212.237.0151  **Fax** +1.917.849.5396

June 18, 2026

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: June 23, 2026**

The extension request is GRANTED and deadlines proposed herein ADOPTED. The Clerk of Court is respectfully directed to close the motion at ECF No. 55.

**Via ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**Re:**   *Cavara et al v. Bolivarian Republic of Venezuela*, **Civil Case No. 1:25-cv-00165-RA-VF**
<u>**Republic's Letter Motion for Adjournment of Response Deadline, Remaining Class**</u>
<u>**Certification Briefing Schedule, and Motion to Dismiss Briefing Schedule**</u>

Dear Judge Figueredo,

Pursuant to Section I(e) of Your Honor's Individual Practices in Civil Cases, the Bolivarian Republic of Venezuela (the "Republic") respectfully requests a thirty (30)-day adjournment of: (i) the deadline for the Republic to respond to the second amended class action complaint (the "Amended Complaint"); (ii) the remaining class certification briefing deadlines; and (iii) the motion to dismiss briefing deadlines, each as set forth in the Court's Order dated June 1, 2026 (ECF No. 53), to allow for an orderly transition in decision-making authority with respect to the Republic's participation in this litigation.

Since the commencement of this proceeding, undersigned counsel has acted at the direction of the Committee for Administration and Protection of Assets ("CAPA"), a body formed by and acting on behalf of the Republic's National Assembly of 2015 (the "National Assembly").  Until earlier this year, the United States government recognized the National Assembly as the sole legitimate government of the Republic, and CAPA was accordingly the only entity authorized to represent the Republic's interests in proceedings before United States courts.

The situation has materially changed.  Following the capture of Nicolás Maduro in January 2026, the United States government began engaging with the government of Delcy Rodríguez, the former Vice President and acting interim President of Venezuela.  In March 2026, the United States government

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Dallas  Denver  Dubai  Dublin  Houston  London
Los Angeles  New York  Richmond  San Francisco  Tokyo  Washington

The Grace Building, 1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
**Tel** +1.212.237.0000  **Fax** +1.212.237.0100  velaw.com

V&E

announced that it recognizes the Rodríguez government as the sole head of state of Venezuela.[1]  As a result, there is now an ongoing transition in decision-making authority with respect to the Republic's participation in United States litigation, from CAPA to the Rodríguez government.  In recent weeks, the Rodríguez government has become actively engaged in other litigation brought against the Republic and PDVSA in U.S. courts.

On March 5, 2026, Plaintiffs filed their motion for class certification (ECF No. 31), and on May 20, 2026, they filed the Amended Complaint (ECF No. 48).  Under the current schedule (ECF No. 53):

- The Republic's deadline to respond to the Amended Complaint and to oppose the class certification motion is June 24, 2026;
- Plaintiffs' deadline to file their reply in support of class certification and their opposition to the Republic's motion to dismiss is July 22, 2026; and
- The Republic's deadline to file its reply in support of its motion to dismiss is August 12, 2026.

Preparation of the Republic's responsive pleading and its opposition to class certification requires important strategic decisions that will impact the Republic's rights.  CAPA does not believe it is appropriate, under present circumstances, to make decisions of this nature without input and approval from representatives of the Rodríguez government.  Those representatives have not yet weighed in on these decisions, and counsel is working to facilitate that engagement.

Granting the requested thirty (30)-day adjournment would result in the following deadlines:

- The Republic's deadline to respond to the Amended Complaint and to oppose the class certification motion would be July 24, 2026;
- Plaintiffs' deadline to file their reply in support of class certification and their opposition to the Republic's motion to dismiss would be August 21, 2026; and
- The Republic's deadline to file its reply in support of its motion to dismiss would be September 11, 2026.

The Republic has previously requested one extension of these deadlines (ECF No. 52).  The requested adjournment will not affect any other scheduled deadlines in this case, and this brief adjournment will prevent significant prejudice to the Republic by allowing the representatives of the newly recognized

---

[1] Statement of Interest of the United States of America. *In re Claims Against the Valero-Petrocedeno Account,* No. 1:20-mc-00249, ECF No. 228 (S.D.N.Y., filed Mar. 11, 2026).



Rodríguez government to engage with respect to this matter.  Plaintiffs have confirmed that they consent to this request.  We thank the Court for its consideration.

Respectfully submitted,

*/s/ Marisa Antonelli*

Marisa F. Antonelli
Camilo Cardozo
Dora Georgescu
VINSON & ELKINS LLP
The Grace Building
1114 Avenue of the Americas
32nd Floor
New York, New York 10036
Telephone: (212) 237-0000
mantonelli@velaw.com
ccardozo@velaw.com
dgeorgescu@velaw.com

*Counsel for Defendant The*
*Bolivarian Republic of Venezuela*