**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARCO CAVARA, JOSEF JOHANN SCHNEIDER, JÖERG ZAHN, SABINE ZAHN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | Case No. 1:25-cv-00165-RA-VF<br><br>Hon. Ronnie Abrams<br><br>(Oral Argument Requested) |

**DECLARATION OF HAL S. SHAFTEL IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF PLAINTIFFS AS CLASS REPRESENTATIVES, AND APPOINTMENT OF DUANE MORRIS LLP AS CLASS COUNSEL**

HAL S. SHAFTEL declares the following, pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm of Greenberg Traurig, LLP, counsel of record for Defendant, the Bolivarian Republic of Venezuela ("Defendant" or "the Republic"), in the above-captioned action.

2. I submit this declaration in support of Defendant's opposition to Plaintiffs' Motion for Class Certification, Appointment of Plaintiffs as Class Representatives, and Appointment of Duane Morris LLP as Class Counsel (the "Motion," ECF Nos. 31-40) filed by Plaintiffs Marco Cavara, Josef Johann Schneider, Jöerg Zahn, and Sabine Zahn.

3. In further support of Defendant's opposition to the Motion, I attach the following documents.

4. Attached hereto as Exhibit 1 is a true and correct copy of the Listing Memorandum relating to the Republic's U.S. $2,495,963,000 7.75% Global Bonds (ISIN No. USP97475AN08) due October 13, 2019, dated October 23, 2009. As of this date, this Listing Memorandum is publicly available at:

https://www.oblible.com/Prospectus/www.oblible.com__USP97475AP55.pdf.

5. Attached hereto as Exhibit 2 is a true and correct copy of the Listing Memorandum relating to the Republic's U.S. $1,500,057,000 6.0% Global Bonds (ISIN No. USP97475AG56) due December 9, 2020, dated December 9, 2005. As of this date, this Listing Memorandum is publicly available at:

https://www.oblible.com/Prospectus/www.oblible.com__USP97475AG56.pdf.

6. Attached hereto as Exhibit 3 is a true and correct copy of the Listing Memorandum relating to the Republic's U.S. $3,000,000,000 12.75% Global Bonds (ISIN No. USP17625AC16) due August 23, 2022, dated August 23, 2010. As of this date, this Listing Memorandum is publicly available at: https://www.oblible.com/Prospectus/www.oblible.com__USP17625AC16.pdf.

7. Attached hereto as Exhibit 4 is a true and correct copy of the Listing Memorandum relating to the Republic's U.S. $2,000,000,000 9.0% Global Bonds (ISIN No. USP17625AA59) due May 7, 2023, dated May 9, 2008. As of this date, this Listing Memorandum is publicly available at: https://www.oblible.com/Prospectus/www.oblible.com__USP17625AA59.pdf.

8. Attached hereto as Exhibit 5 is a true and correct copy of the Listing Memorandum relating to the Republic's U.S. $2,495,963,000 8.25% Global Bonds (ISIN No. USP97475AP55) due October 13, 2024, dated October 23, 2009. As of this date, this Listing Memorandum is publicly available at:

https://www.oblible.com/Prospectus/www.oblible.com__USP97475AP55.pdf.

9. Attached hereto as Exhibit 6 is a true and correct copy of the Listing Memorandum relating to the Republic's U.S. $3,000,000 11.75% Global Bonds (ISIN No. USP17625AE71) due October 21, 2026, dated October 21, 2011. As of this date, this Listing Memorandum is publicly available at: https://www.oblible.com/Prospectus/www.oblible.com__USP17625AE71.pdf.

10. Attached hereto as Exhibit 7 is a true and correct copy of the Prospectus relating to the Republic's U.S. $4,000,000 9.25% Global Bonds (ISIN No. US922646AS37) due September 15, 2027, dated September 11, 1997.

11. Attached hereto as Exhibit 8 is a true and correct copy of the Listing Memorandum relating to the Republic's U.S. $2,000,000 9.25% Global Bonds (ISIN No. USP17625AB33) due May 7, 2028, dated May 9, 2008. As of this date, this Listing Memorandum is publicly available at: https://www.oblible.com/Prospectus/www.oblible.com__USP17625AA59.pdf.

12. Attached hereto as Exhibit 9 is a true and correct copy of the Listing Memorandum relating to the Republic's U.S. $4,200,000 11.95% Global Bonds (ISIN No. USP17625AD98) due August 5, 2031, dated August 5, 2011. As of this date, this Listing Memorandum is publicly available at: https://www.oblible.com/Prospectus/www.oblible.com__USP17625AD98.pdf.

13. Attached hereto as Exhibit 10 is a true and correct copy of the Listing Memorandum relating to the Republic's U.S. $825,179,000 7.0% Global Bonds (ISIN No. USP97475AJ95) due March 31, 2038, dated November 29, 2007. As of this date, this Listing Memorandum is publicly available at: https://publicdebtispublic.mdi.georgetown.edu/api/pdf/VEN23/.

14. Attached hereto as Exhibit 11 is a true and correct copy of the Listing Memorandum relating to the Republic's U.S. $424,824,000 7.0% Global Bonds (also assigned ISIN No. USP97475AJ95) due March 31, 2038, dated November 30, 2007. As of this date, this Listing Memorandum is publicly available at:

https://www.oblible.com/Prospectus/www.oblible.com__USP97475AK68.pdf.

15. Attached hereto as Exhibit 12 is a true and correct copy of the Listing Memorandum relating to the Republic's U.S. $1,599,817,000 7.65% Global Bonds (ISIN No. XS0217249126) due April 21, 2025, dated April 21, 2005. As of this date, this Listing Memorandum is publicly available at:

https://ciusb.com.uy/wp-content/uploads/2022/07/91_VENEZUELA-7.65pcnt-21ABR2025-XS0217249126.pdf.

16. Attached hereto as Exhibit 13 is a true and correct copy of Exhibit 2 (CAVARA000114) from the deposition of Jöerg Zahn, taken on May 11, 2026, in this litigation.

17. Attached hereto as Exhibit 14 is a true and correct copy of Exhibit 3 (CAVARA000112) from the deposition of Jöerg Zahn, taken on May 11, 2026, in this litigation.

18. Attached hereto as Exhibit 15 is a true and correct copy of Exhibit 4 (CAVARA000110) from the deposition of Jöerg Zahn, taken on May 11, 2026, in this litigation.

19. Attached hereto as Exhibit 16 is a true and correct copy of Exhibit 4 (CAVARA000096) from the deposition of Sabine Zahn, taken on May 11, 2026, in this litigation.

20. Attached hereto as Exhibit 17 is a true and correct copy of a letter from Cede & Co. to Sabine Zahn (CAVARA000104) regarding "11.75% Bonds due 2026" executed on November 25, 2025.

21. Attached hereto as Exhibit 18 is a true and correct copy of a letter from Cede & Co. to Sabine Zahn (CAVARA000106) regarding "11.95% Bonds due 2031" executed on November 25, 2025.

22. Attached hereto as Exhibit 19 is a true and correct copy of a letter from Cede & Co. to Sabine Zahn (CAVARA000108) regarding "9.25% Bonds due 2028" executed on November 21, 2026.

23. Attached hereto as Exhibit 20 is a true and correct copy of a letter from Cede & Co. to Sabine Zahn (CAVARA000116) regarding "6.0% Bonds due 2020" executed on March 2, 2025.

24. Attached hereto as Exhibit 21 is a true and correct copy of Exhibit 3 (CAVARA000100) from the deposition of Josef Johann Schneider, taken on May 12, 2026, in this litigation.

25. Attached hereto as Exhibit 22 is a true and correct copy of Exhibit 4 (CAVARA000097) from the deposition of Josef Johann Schneider, taken on May 12, 2026, in this litigation.

26. Attached hereto as Exhibit 23 is a true and correct copy of Exhibit 5 (CAVARA000099) from the deposition of Marco Cavara, taken on May 27, 2026, in this litigation.

27. Attached hereto as Exhibit 24 is a true and correct copy of the transcript of the deposition of Sabine Zahn, taken on May 11, 2026, in this litigation.

28. Attached hereto as Exhibit 25 is a true and correct copy of the transcript of the deposition of Jöerg Zahn, taken on May 11, 2026, in this litigation.

29. Attached hereto as Exhibit 26 is a true and correct copy of the transcript of the deposition of Josef Johann Schneider, taken on May 12, 2026, in this litigation.

30. Attached hereto as Exhibit 27 is a true and correct copy of Executive Order 13884, 84 Fed. Reg. 38843 (Aug. 7, 2019).

31. Attached hereto as Exhibit 28 is a true and correct copy of Office of Foreign Assets Control General License No. 3I.

32. Attached hereto as Exhibit 29 is a true and correct copy of Office of Foreign Assets Control General License No. 31B.

33. Attached hereto as Exhibit 30 is a true and correct copy of the Republic's Spanish language March 30, 2023 Tolling Announcement.

34. Attached hereto as Exhibit 31 is a true and correct copy of the Republic's English language March 30, 2023 Tolling Announcement.

35. Attached hereto as Exhibit 32 is a true and correct copy of the so-called National Assembly's 2023 Tolling Resolution.

36. As discussed in Defendant's Memorandum of Law in opposition to the Motion, a significant number of individual actions have been filed in this District and in New York State Court against the Bolivarian Republic of Venezuela and Petróleos de Venezuela, S.A., involving sovereign and quasi-sovereign debt. These individual actions include, but are not limited to:

a. *Casa Express Corp. as Tr. of Casa Express Tr. v. Bolivarian Republic of Venezuela,* No. 18-cv-11940 (S.D.N.Y. filed Dec. 18, 2018);

b. *Pharo Gaia Fund Ltd. and Pharo Macro Fund Ltd. v. Bolivarian Republic of Venezuela*, No. 19-cv-03123 (S.D.N.Y. filed Apr. 8, 2019);

c. *Contrarian Capital Mgt., L.L.C. v. Bolivarian Republic of Venezuela,* No. 19-CV-11018 (S.D.N.Y. filed Nov. 29, 2019);

d. *Verano Development, Inc. v. Bolivarian Republic of Venezuela,* No. 1:20-cv-03266 (S.D.N.Y. filed Apr. 25, 2020);

e. *Neuhauser v. Bolivarian Republic of Venezuela,* No. 1:20-cv-10342 (S.D.N.Y. filed Dec. 8, 2020);

f. *Syracuse Mountains Corp. v. Bolivarian Republic of Venezuela,* No. 21-cv-2678 (S.D.N.Y. filed Mar. 29, 2021);

g. *Elecnor S.A. v. Petróleos de Venezuela, S.A. et al.*, No. 653038/2023 (N.Y. Sup. Ct. filed Jun. 26, 2023);

h. *Arpesella et al. v. Bolivarian Republic of Venezuela*, No. 1:23-cv-08929 (S.D.N.Y. filed Oct. 11, 2023);

i. *Aurelius Capital Master Ltd. et al. v. The Bolivarian Republic of Venezuela*, No. 655071/2023 (N.Y. Sup. Ct. filed Oct. 11, 2023);

j. *Johnston et al. v. Bolivarian Republic of Venezuela,* No. 1:23-cv-09561 (S.D.N.Y. filed Oct. 31, 2023);

k. *VGB Limited v. Bolivarian Republic of Venezuela,* No. 1:23-cv-09933 (S.D.N.Y. filed Nov. 9, 2023);

l. *Copernico Recovery Fund v. The Bolivarian Republic of Venezuela,* No. 656172/2023 (N.Y. Sup. Ct. filed Dec. 8, 2023);

m. *Girard Street Investment Holdings LLC v. Petroleos de Venezuela, S.A. et al,* No. 1:23-cv-10772 (S.D.N.Y. filed Dec. 11, 2023); and

n. *PDB Ltd. v. Petróleos de Venezuela, S.A. et al,* No. 1:23-cv-10843 (S.D.N.Y. filed Dec. 13, 2023);

o. *Zahn v. Bolivarian Republic of Venezuela*, No. 1:24-cv-09271 (S.D.N.Y. filed Dec. 5, 2024);

p. *Cavara et al. v. Petróleos de Venezuela, S.A.,* No. 1:26-cv-00560 (S.D.N.Y. filed Jan. 21, 2026).

37. As discussed in Defendant's Memorandum of Law in opposition to the Motion, Ms. Zahn herself was and remains a named plaintiff in at least seven lawsuits including this action:

a. *Perez et al. v. The Republic of Argentina*, No. 1:14-cv-08242 (S.D.N.Y. filed Oct. 15, 2014) (individual action);

b. *Perez v. The Republic of Argentina*, No. 15-*3624* (2d Cir. filed Nov. 10, 2015) (individual action);

c. *NML Capital, Ltd. v. Republic of Argentina*, No. 15-*3675* (2d Cir. filed Nov. 10, 2015) (individual action);

d. *Aurelius Capital Master, Ltd. v. Republic of Argentina*, No. 16-628 (2d Cir. filed Mar. 3, 2016) (individual action);

e. *Perez v. The Republic of Argentina*, No. 16-666 (2d *Cir*. filed Mar. 7, 2016) (individual action);

f. *Arpesella et al. v. Bolivarian Republic of Venezuela*, No. 1:23-cv-08929 (S.D.N.Y. filed Oct. 11, 2023); and

g. *Cavara et al. v. Bolivarian Republic of Venezuela*, No. 1:25-cv-00165 (S.D.N.Y. filed Jan. 8, 2025) (proposed class action).

38. Attached hereto as Exhibit 33 is a true and correct copy of a Reuters article titled "The Silent Creditor Group in Venezuela's Debt Crisis: Venezuelans," by Brian Ellsworth and Corina Pons, dated December 8, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 8, 2026

*/s/ Hal S. Shaftel*
Hal S. Shaftel