**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

MARCO CAVARA, et al.,

Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

---------------------------------------------------------------X

**25-CV-00165 (RA) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Pending before the Court is a Motion to Dismiss (ECF No. 67) and a Motion to Certify Class (ECF No. 31). The Court will address the Motion to Dismiss first and then turn to the Motion to Certify Class. The Clerk of Court is directed to close the gavel at ECF No. 31.

**SO ORDERED.**

DATED: New York, New York
October 27, 2026

VALERIE FIGUEREDO
United States Magistrate Judge