NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

DuaneMorris®

*FIRM and AFFILIATE OFFICES*

DANA B. KLINGES
DIRECT DIAL: +1 215 979 1143
PERSONAL FAX: +1 215 405 2632
*E-MAIL:* DKlinges@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR
ALLIANCES IN MEXICO

October 30, 2026

**VIA ECF**

Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

***Re:*** ***Cavara et al. v. The Bolivarian Republic of Venezuela***
**Civil Case No. 25-cv-00165-RA-VF**

Dear Judge Figueredo:

Your Honor's October 16, 2026 Order (D.E. 80) directed the parties to jointly submit a status letter by today updating the Court on the status of discovery.

Consistent with the parties' October 15, 2026 report to the Court (D.E. 75), Plaintiffs served Defendant with a privilege log on October 22, 2026.

As reported in Plaintiffs' October 29, 2026 letter motion (D.E. 83), Plaintiffs Josef Johann Schneider and Sabine Zahn have received and produced to Defendant corrected DTCC authorization letters, and Plaintiff Joerg Zahn expects to receive and produce updated authorization letters soon, hopefully next week.

Plaintiffs' position is that discovery is complete with the exception of Mr. Zahn's corrected authorization letter, the timing of which is outside Plaintiffs' control.

The Republic is continuing to review the entries on Plaintiffs' privilege log and may challenge the withholding of certain information identified on it. At a minimum, the Republic's position is that the retainer agreement and communications concerning its terms are discoverable. The Republic proposes that the parties meet and confer next week regarding these issues and file a joint status report, identifying any remaining disputes, by November 6, 2026.

[*signature page to follow*]

DuaneMorris

Respectfully submitted,

*/s/ Dana B. Klinges*
Dana B. Klinges
DUANE MORRIS LLP
*Attorneys for Plaintiffs*

*/s/ Hal S. Shaftel*
Hal S. Shaftel
GREENBERG TRAURIG, LLP
*Attorneys for Defendant*