NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

DuaneMorris®

*FIRM and AFFILIATE OFFICES*

DANA B. KLINGES
DIRECT DIAL: +1 215 979 1143
PERSONAL FAX: +1 215 405 2632
*E-MAIL:* DKlinges@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR
ALLIANCES IN MEXICO

November 6, 2026

**VIA ECF**

Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

***Re:*** ***Cavara et al. v. The Bolivarian Republic of Venezuela***
**Civil Case No. 25-cv-00165-RA-VF**

Dear Judge Figueredo:

Your Honor's November 2, 2026 Order (D.E. 85) directed the parties to meet and confer and jointly submit a status letter by today updating the Court on the status of discovery.

Consistent with that Order, the parties conferred in good faith via Zoom on November 5, 2026 for 52 minutes concerning Plaintiffs' privilege log. At the conclusion of that call, Defendant asked Plaintiffs to provide a supplemental privilege log and Plaintiffs have done so today.

Separately, Plaintiffs report that they have not received the corrected DTCC authorization letters for Plaintiff Joerg Zahn referenced in the parties' October 30, 2026 report (D.E. 84) but still expect to receive and produce them shortly. With the exception of Mr. Zahn's corrected authorization letters, Plaintiffs' position remains that discovery is complete.

Finally, the parties note that Rule 56(b) provides that, absent a local rule or order from this Court, the deadline to file a summary judgment motion is thirty days after the close of discovery. Given the Court's October 27, 2026 Order stating that it will address Defendant's Rule 12(b)(6) motion and then turn to Plaintiffs' class certification motion (D.E. 81), the parties respectfully request the entry of an order providing that a summary judgment may be filed up to thirty days after a ruling on the class certification motion.

Respectfully submitted,

*/s/ Dana B. Klinges*
Dana B. Klinges
DUANE MORRIS LLP
*Attorneys for Plaintiffs*

*/s/ Hal S. Shaftel*
Hal S. Shaftel
GREENBERG TRAURIG, LLP
*Attorneys for Defendant*